**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 06-01464 |
| | § | |
| THOMAS M PETERS | § | |
| CHERYL L PETERS | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor(s) filed a petition under chapter 7 of the United States Bankruptcy Code on 02/17/2006. The undersigned trustee was appointed on 02/17/2006.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor(s) as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                                    $5,214.62

> Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | $8.25 |
| Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Payments to the debtor(s) | $0.00 |
| Leaving a balance on hand of[1] | $5,206.37 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

6.  The deadline for filing claims in this case was 09/05/2006.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,271.46.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,271.46, for a total compensation of $1,271.46.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/08/2010                    By:   /s/ Horace Fox, Jr.
                                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:   1          Exhibit A

| Case No.: | 06-01464 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PETERS, THOMAS M AND PETERS, CHERYL L. | Date Filed (f) or Converted (c): | 02/17/2006 (f) |
| For the Period Ending: | 6/8/2010 | §341(a) Meeting Date: | 04/25/2006 |
| | | Claims Bar Date: | 09/05/2006 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Cash | $25.00 | $0.00 | DA | $0.00 | FA |
| 2 | 2002 Chevy Venture | $11,295.00 | $8,895.00 | DA | $5,200.00 | FA |
| 3 | 2001 Mercury Sable | $6,225.00 | $0.00 | DA | $0.00 | FA |
| 4 | Household Goods | $500.00 | $0.00 | DA | $0.00 | FA |
| 5 | Wearing Appare; | $500.00 | $0.00 | DA | $0.00 | FA |
| 6 | 401K | $13,258.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned                    (u) | Unknown | Unknown | | $14.62 | Unknown |

TOTALS (Excluding unknown value)                                                                                   **Gross Value of Remaining Assets**

$31,803.00          $8,895.00                    $5,214.62                    $0.00

**Major Activities affecting case closing:**

There is equity in a Venture vehicle.  Have had negotiations with debtor's counsel and have agreed on a figure.  Must hire an attorney and get the settlement approved.

I have received and deposited the funds $5,200.00 for the Venture vehicle.

I have received the funds $5,200.00 for the Venture.  Asked attorney to file motion to approve settlement and appoint Lois West accountant 5.13.08

No taxable event. No taxes needed.

Updated File up to 9/3/08.  Need attorney detail on fees.  No taxes needed.  Debtor has purchased equity in vehicle from estate.

Examine claims, file final report.

File objections and final report.

Examined assets and claims transfers. 6.05.10

Initial Projected Date Of Final Report (TFR):          06/02/2006          Current Projected Date Of Final Report (TFR):          03/30/2010

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-01464 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | PETERS, THOMAS M AND PETERS, CHERYL L | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9963 | | Money Market Acct #: | ******1464 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/17/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/8/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/18/2008 | (2) | Vincent C. Machroli & Associates. PC | 2002 Chevrolet | 1129-000 | $5,200.00 | | $5,200.00 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.46 | | $5,200.46 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.77 | | $5,202.23 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.71 | | $5,203.94 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.64 | | $5,205.58 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.33 | | $5,206.91 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.28 | | $5,208.19 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.01 | | $5,209.20 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.67 | | $5,209.87 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.56 | | $5,210.43 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.44 | | $5,210.87 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.40 | | $5,211.27 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.34 | | $5,211.61 |
| 04/02/2009 | 1 | International Sureties, LTD. | Bond Payment | 2300-000 | | $3.78 | $5,207.83 |
| 04/02/2009 | 1 | VOID: International Sureties, LTD. | | 2300-003 | | ($3.78) | $5,211.61 |
| 04/02/2009 | 2 | International Sureties, LTD. | Bond Payment | 2300-000 | | $3.78 | $5,207.83 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.21 | | $5,208.04 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.22 | | $5,208.26 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.21 | | $5,208.47 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.22 | | $5,208.69 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.22 | | $5,208.91 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.21 | | $5,209.12 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.22 | | $5,209.34 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.21 | | $5,209.55 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.22 | | $5,209.77 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.22 | | $5,209.99 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.20 | | $5,210.19 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.22 | | $5,210.41 |
| | | | | **SUBTOTALS** | $5,214.19 | $3.78 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-01464 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PETERS, THOMAS M AND PETERS, CHERYL L | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9963 | Money Market Acct #: | ******1464 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/17/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/8/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/28/2010 | 3 | International Sureties, LTD. | Bond Payment | 2300-000 | | $4.47 | $5,205.94 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.21 | | $5,206.15 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.22 | | $5,206.37 |

|  |  | | | | | | |
|---|---|---|---|---|---|---|---|
| | | TOTALS: | | | $5,214.62 | $8.25 | $5,206.37 |
| | | Less: Bank transfers/CDs | | | $0.00 | $0.00 | |
| | | Subtotal | | | $5,214.62 | $8.25 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $5,214.62 | $8.25 | |

**For the period of  2/17/2006 to 6/8/2010**

| | |
|---|---|
| Total Compensable Receipts: | $5,214.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,214.62 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $8.25 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/18/2008 to 6/8/2010**

| | |
|---|---|
| Total Compensable Receipts: | $5,214.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,214.62 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $8.25 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-01464 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PETERS, THOMAS M AND PETERS, CHERYL L | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9963 | | Money Market Acct #: | ******1464 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/17/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/8/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | **TOTAL - ALL ACCOUNTS** | | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|---|---|---|
| | | | | | $5,214.62 | $8.25 | $5,206.37 |

**For the period of 2/17/2006 to 6/8/2010**

| | |
|---|---|
| Total Compensable Receipts: | $5,214.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,214.62 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8.25 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/17/2006 to 6/8/2010**

| | |
|---|---|
| Total Compensable Receipts: | $5,214.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,214.62 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8.25 |
| Total Internal/Transfer Disbursements: | $0.00 |

HORACE FOX, JR.

CLAIM ANALYSIS REPORT   Page No: 1   Exhibit C

| Case No. | 06-01464 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PETERS, THOMAS M AND PETERS, CHERYL L | | | Date: | 6/8/2010 |
| Claims Bar Date: | 09/05/2006 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR. <br><br> 6 East Monroe #1004 <br> Chicago IL 60603 | 09/08/2008 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,271.46 | $1,271.46 | $0.00 | $0.00 | $0.00 | $1,271.46 |
| | BRUCE DE 'MEDICI <br><br> 150 N. Michigan Suite  3300 <br> Chicago IL 60601 | 09/08/2008 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $4,377.50 | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| 1 | FORD MOTOR CREDIT COMPANY <br> DRAWER 55-953 <br> P.O. BOX 55000 <br> DETROIT MI 482550953 | 02/24/2006 | Personal Prop & Intang - Consensual | Disallowed | 4210-000 | $0.00 | $2,894.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | 9.3.08 order say make no payment to this creditor | | | | | | | | | | | |
| 2 | CREDIT FIRST <br><br> P.O. Box 81344 <br> Cleveland OH 44188 | 06/13/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $408.03 | $408.03 | $0.00 | $0.00 | $0.00 | $408.03 |
| 3 | KOHL'S DEPARTMENT STORE <br> c/o Creditors Bankruptcy Service <br> P O Box 740933 <br> Dallas TX 75374 | 06/14/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,976.17 | $2,976.17 | $0.00 | $0.00 | $0.00 | $2,976.17 |
| 4 | RECOVERY MANAGEMENT SYSTEMS CORPORATION <br> For GE Money Bank <br> dba EXXON MOBIL <br> 25 SE 2nd Ave Ste 1120 <br> Miami FL 33131 | 06/21/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,622.22 | $2,622.22 | $0.00 | $0.00 | $0.00 | $2,622.22 |
| **Claim Notes:** | Originally filed by  GE Money Bank, transferred to  Capital Recovery and on 7.14.08 assigned to Recovery Mgmt Systems Corp. | | | | | | | | | | | |
| 5 | CAPITAL RECOVERY ONE <br> 25 SE 2nd Ave., Ste 1120 <br> Miami FL 33131 | 06/21/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,203.53 | $1,203.53 | $0.00 | $0.00 | $0.00 | $1,203.53 |
| **Claim Notes:** | claim transferred to Cap Rec one, as of  8.4.08 | | | | | | | | | | | |

CLAIM ANALYSIS REPORT                    Page No:  2                    Exhibit C

| | | |
|---|---|---|
| Case No.: | 06-01464 | Trustee Name: Horace Fox, Jr. |
| Case Name: | PETERS, THOMAS M AND PETERS, CHERYL L | Date: 6/8/2010 |
| Claims Bar Date: | 09/05/2006 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CAPITAL RECOVERY ONE<br>25SE 2nd Avenue, Suite 1120<br>Miami FL 33131 | 06/23/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $606.83 | $606.83 | $0.00 | $0.00 | $0.00 | $606.83 |
| **Claim Notes:** | Ge transferred to  Capitol Recovery One | | | | | | | | | | | |
| 7 | CHARMING SHOPPES - FASHION BUG<br>First Express<br>P.O. Box 856021<br>Louisville KY 40285 | 07/06/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $869.61 | $869.61 | $0.00 | $0.00 | $0.00 | $869.61 |
| 8 | ASPIRE VISA GOLD<br>P.O. Box 23051<br>Columbus GA 319023051 | 07/10/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,181.49 | $4,181.49 | $0.00 | $0.00 | $0.00 | $4,181.49 |
| **Claim Notes:** | (8-1) UNPAID CREDIT CARD BALANCE | | | | | | | | | | | |
| 9 | JC PENNEY<br>GE MONEY BANK<br>PO BOX 103104<br>ROSWELL GA 30076 | 07/17/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $180.50 | $180.50 | $0.00 | $0.00 | $0.00 | $180.50 |
| 10 | EXXON/MOBIL CONSUMER<br>GE MONEY BANK<br>PO BOX 103104<br>ROSWELL GA 30076 | 07/18/2006 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $2,622.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | withdrawn, 5.24.2007 | | | | | | | | | | | |
| 11 | JC PENNEY<br>GE MONEY BANK<br>PO BOX 103104<br>ROSWELL GA 30076 | 07/18/2006 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $606.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | withdrawn 5.15.2007 | | | | | | | | | | | |
| 12 | GE MONEY BANK<br>PO BOX 103104<br>ROSWELL GA 30076 | 07/18/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,130.44 | $4,130.44 | $0.00 | $0.00 | $0.00 | $4,130.44 |

CLAIM ANALYSIS REPORT

Page No: 3

Exhibit C

| Case No. | 06-01464 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PETERS, THOMAS M AND PETERS, CHERYL L | | Date: | 6/8/2010 |
| Claims Bar Date: | 09/05/2006 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | WALMART<br><br>GE MONEY BANK<br>PO BOX 103104<br>ROSWELL GA 30076 | 07/18/2006 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $1,203.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | withdrawn, 6.7.2007 | | | | | | | | | | | |
| 14 | JC PENNEY<br><br>GE MONEY BANK<br>PO BOX 103104<br>ROSWELL GA 30076 | 07/18/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $606.00 | $606.00 | $0.00 | $0.00 | $0.00 | $606.00 |
| 15 | HOUSEHOLD FINANCE CORPORATION<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 071935480 | 08/08/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,262.42 | $7,262.42 | $0.00 | $0.00 | $0.00 | $7,262.42 |
| | | | | | | | **$38,022.78** | **$28,318.70** | **$0.00** | **$0.00** | **$0.00** | **$28,318.70** |

CLAIM ANALYSIS REPORT

Page No:  4

Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 06-01464 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | PETERS, THOMAS M AND PETERS, CHERYL L | | **Date:** | 6/8/2010 |
| **Claims Bar Date:** | 09/05/2006 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $4,377.50 | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| General Unsecured 726(a)(2) | $29,479.82 | $25,047.24 | $0.00 | $0.00 | $0.00 | $25,047.24 |
| Personal Prop & Intang - Consensual | $2,894.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,271.46 | $1,271.46 | $0.00 | $0.00 | $0.00 | $1,271.46 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:        06-01464
Case Name:    THOMAS M PETERS
                      CHERYL L PETERS
Trustee Name:  Horace Fox, Jr.

Claims of secured creditors will be paid as follows: NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee, Horace Fox, Jr. | $1,271.46 | $0.00 |
| Attorney for Trustee, Bruce de 'Medici | $2,000.00 | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $25,047.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.7%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 2 | Credit First | $408.03 | $31.52 |
| 3 | Kohl's Department Store | $2,976.17 | $229.91 |
| 4 | Recovery Management Systems Corporation | $2,622.22 | $202.57 |
| 5 | Capital Recovery One | $1,203.53 | $92.97 |

| 6 | Capital Recovery One | $606.83 | $46.88 |
| 7 | Charming Shoppes - Fashion Bug | $869.61 | $67.18 |
| 8 | Aspire VISA Gold | $4,181.49 | $323.02 |
| 9 | JC PENNEY | $180.50 | $13.94 |
| 12 | GE MONEY BANK | $4,130.44 | $319.08 |
| 14 | JC PENNEY | $606.00 | $46.81 |
| 15 | Household Finance Corporation | $7,262.42 | $561.03 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.