**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 06-01464 |
| | § | |
| THOMAS M PETERS | § | |
| CHERYL L PETERS | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 S. Dearborn, Room 713, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 8/17/2010, in Courtroom 744, 219 S Dearborn Chicago, IL 60604 United States Courthouse. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/11/2010      By:  /s/ Horace Fox, Jr.
                        (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 06-01464 |
| | § | |
| THOMAS M PETERS | § | |
| CHERYL L PETERS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $5,214.62
*and approved disbursements of*      $8.25
*leaving a balance on hand of[1] :*      $5,206.37

Claims of secured creditors will be paid as follows: NONE

Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, Horace Fox, Jr. | $1,271.46 | $0.00 |
| Attorney for Trustee, Bruce de 'Medici | $2,000.00 | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

**UST-Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $25,047.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.7%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 2 | Credit First | $408.03 | $31.52 |
| 3 | Kohl's Department Store | $2,976.17 | $229.91 |
| 4 | Recovery Management Systems Corporation | $2,622.22 | $202.57 |
| 5 | Capital Recovery One | $1,203.53 | $92.97 |
| 6 | Capital Recovery One | $606.83 | $46.88 |
| 7 | Charming Shoppes - Fashion Bug | $869.61 | $67.18 |
| 8 | Aspire VISA Gold | $4,181.49 | $323.02 |
| 9 | JC PENNEY | $180.50 | $13.94 |
| 12 | GE MONEY BANK | $4,130.44 | $319.08 |
| 14 | JC PENNEY | $606.00 | $46.81 |
| 15 | Household Finance Corporation | $7,262.42 | $561.03 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.

Prepared By:  /s/ Horace Fox, Jr.
              Trustee

**UST-Form 101-7-NFR (9/1/2009)**

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pseamann              Page 1 of 2              Date Rcvd: Jul 15, 2010
Case: 06-01464                 Form ID: pdf006             Total Noticed: 35

The following entities were noticed by first class mail on Jul 17, 2010.
db/jdb        +Thomas Michael Peters,    Cheryl Lynn Peters,    627 S Hull Avenue,    Westchester, IL 60154-2619
aty           +Bruce E de'Medici,    150 N Michigan Ave,    Suite 3300,    Chicago, IL 60601-7621
aty           +Bruce E de'Medici,    150 North Michigan Avenue,    3300,   Chicago, IL 60601-7621
aty           +Vincent C Machroli,    Law Office of Vincent C. Machroli, PC,    4415 West Harrison St #213,
                Hillside, IL 60162-1949
10603745      +Aspire,    P.O. Box 23007,    Columbus, GA 31902-3007
10603757     ++CHASE CARD SERVICES,     201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
               (address filed with court:  Providian,    P.O. Box 660433,    Dallas, TX 75266)
10805818      +Charming Shoppes - Fashion Bug,    First Express,    P.O. Box 856021,    Louisville, KY 40285-6021
10603747      +Credit First,    P.O. Box 81344,    Cleveland, OH 44188-0001
10603748      +Elmhurst Hospital,    P.O. Box 92348,    Chicago, IL 60675-2348
10603749      +Elmhurst Orthopaedics,    P.O. Box 87618,    Department 7010,    Chicago, IL 60680-0618
10611882     ++FORD MOTOR CREDIT COMPANY,     PO BOX 6275,    DEARBORN MI 48121-6275
               (address filed with court:  FORD MOTOR CREDIT COMPANY,    DRAWER 55-953,    P.O. BOX  55000,
                DETROIT MI   48255-0953)
10603750      +Fashion Bug,    P.O. Box 856021,    Louisville, KY 40285-6021
10603751      +Ford Motor Credit,    P.O. Box 790093,    Saint Louis, MO 63179-0093
10603753      +HFC,   P.O. Box 17574,    Baltimore, MD 21297-1574
10603752      +Harris Bank,    2223 Roosevelt Road,    Broadview, IL 60155-3812
10855378       Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
                Newark NJ 07193-5480
10815740       Household Finance Corporation,    by eCast Settlement Corporation as its a,    PO Box 35480,
                Newark NJ 07193-5480
10811196     ++JEFFERSON CAPITAL SYTEMS LLC,     PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:  Aspire VISA Gold,    P.O. Box 23051,    Columbus, GA 31902-3051)
10603756      +Mobil,    P.O. Box 4598,    Carol Stream, IL 60197-4598
10603758      +Sears,    P.O. Box 182156,    Columbus, OH 43218-2156
15503623       eCAST Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480

The following entities were noticed by electronic transmission on Jul 15, 2010.
tr            +E-mail/Text: HFOX@LEHMANFOX.COM                             Horace Fox, JR,   Lehman & Fox,
                6 E Monroe St,    Chicago, IL 60603-2704
12407643      +E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2010 00:26:37      Capital Recovery One,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10823335      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2010 00:26:37      EXXON/MOBIL CONSUMER,
                GE MONEY BANK,    PO BOX 103104,    ROSWELL, GA 30076-9104
10823339      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2010 00:26:37      GE MONEY BANK,    PO BOX 103104,
                ROSWELL, GA 30076-9104
10790814      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2010 00:26:37      GE Money Bank,   DBA JCPenney,
                Recovery Management Systems Corporation,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10821542      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2010 00:26:37      JC PENNEY,   GE MONEY BANK,
                PO BOX 103104,    ROSWELL, GA 30076-9104
10603754      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2010 00:26:37      JC Penney,   P.O. Box 960001,
                Orlando, FL 32896-0001
10603755      +E-mail/PDF: cr-bankruptcy@kohls.com Jul 16 2010 00:23:53      Kohl's,    P.O. Box 2983,
                Milwaukee, WI 53201-2983
10775598      +E-mail/PDF: cr-bankruptcy@kohls.com Jul 16 2010 00:23:53      Kohl's Department Store,
                c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
12390273       E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2010 00:26:37
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
10787058      +E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2010 00:26:37
                Recovery Management Systems Corporation,    For GE Money Bank,    dba EXXON MOBIL,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10787059      +E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2010 00:26:37
                Recovery Management Systems Corporation,    For GE Money Bank,    dba WAL-MART,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10823344      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2010 00:26:37      WALMART,    GE MONEY BANK,
                PO BOX 103104,    ROSWELL, GA 30076-9104
10603759      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2010 00:26:37      Walmart,   P.O. Box 530927,
                Atlanta, GA 30353-0927
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10603746     ##+Capital One,    P.O. Box 790216,    Saint Louis, MO 63179-0216
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: pseamann          Page 2 of 2              Date Rcvd: Jul 15, 2010
Case: 06-01464                Form ID: pdf006         Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2010**                **Signature:**       *Joseph Speetjens*