### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 06-01464 |
| | § | |
| THOMAS M PETERS | § | |
| CHERYL L PETERS | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $20,508.00 | Assets Exempt: | $20,158.00 |
| Total Distributions to Claimants: | $1,935.34 | Claims Discharged Without Payment: | $40,041.90 |
| Total Expenses of Administration: | $3,279.71 | | |

3)      Total gross receipts of $5,215.05  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,215.05 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $3,484.00 | $2,894.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $5,657.21 | $3,279.71 | $3,279.71 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $37,595.00 | $29,479.82 | $25,047.24 | $1,935.34 |
| **Total Disbursements** | $41,079.00 | $38,031.03 | $28,326.95 | $5,215.05 |

4). This case was originally filed under chapter 7 on 02/17/2006. The case was pending for 66 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/31/2011          By:   /s/ Horace Fox, Jr.
                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2002 Chevy Venture | 1129-000 | $5,200.00 |
| Interest Earned | 1270-000 | $15.05 |
| **TOTAL GROSS RECEIPTS** | | $5,215.05 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FORD MOTOR CREDIT COMPANY | 4210-000 | $3,484.00 | $2,894.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $3,484.00 | $2,894.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,271.46 | $1,271.46 | $1,271.46 |
| International Sureties, LTD. | 2300-000 | NA | $8.25 | $8.25 | $8.25 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $4,377.50 | $2,000.00 | $2,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $5,657.21 | $3,279.71 | $3,279.71 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Credit First | 7100-000 | $500.00 | $408.03 | $408.03 | $31.54 |
| 3 | Kohl's Department Store | 7100-000 | $2,866.00 | $2,976.17 | $2,976.17 | $229.96 |
| 4 | Recovery Management Systems Corporation | 7100-000 | NA | $2,622.22 | $2,622.22 | $202.61 |
| 5 | Capital Recovery One | 7100-000 | $1,245.00 | $1,203.53 | $1,203.53 | $92.99 |
| 6 | Capital Recovery One | 7100-000 | $842.00 | $606.83 | $606.83 | $46.89 |
| 7 | Charming Shoppes - Fashion Bug | 7100-000 | $747.00 | $869.61 | $869.61 | $67.19 |
| 8 | Aspire VISA Gold | 7100-000 | $3,719.00 | $4,181.49 | $4,181.49 | $323.09 |
| 9 | JC PENNEY | 7100-000 | NA | $180.50 | $180.50 | $13.95 |
| 10 | EXXON/MOBIL CONSUMER | 7100-000 | $2,336.00 | $2,622.22 | $0.00 | $0.00 |
| 11 | JC PENNEY | 7100-000 | NA | $606.83 | $0.00 | $0.00 |
| 12 | GE MONEY BANK | 7100-000 | NA | $4,130.44 | $4,130.44 | $319.15 |
| 13 | WALMART | 7100-000 | $1,129.00 | $1,203.53 | $0.00 | $0.00 |
| 14 | JC PENNEY | 7100-000 | $561.00 | $606.00 | $606.00 | $46.82 |
| 15 | Household Finance Corporation | 7100-000 | $6,720.00 | $7,262.42 | $7,262.42 | $561.15 |
| | Capital One | 7100-000 | $8,419.00 | NA | NA | $0.00 |
| | Elmhurst Hospital | 7100-000 | $421.00 | NA | NA | $0.00 |
| | Elmhurst Orthopaedics | 7100-000 | $220.00 | NA | NA | $0.00 |
| | Harris Bank | 7100-000 | $2,002.00 | NA | NA | $0.00 |
| | Harris Bank | 7100-000 | $1,000.00 | NA | NA | $0.00 |
| | Providian | 7100-000 | $3,994.00 | NA | NA | $0.00 |
| | Sears | 7100-000 | $874.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $37,595.00 | $29,479.82 | $25,047.24 | $1,935.34 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No.: | 06-01464 |
| Case Name: | PETERS, THOMAS M AND PETERS, CHERYL L |
| For the Period Ending: | 8/31/2011 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Date Filed (f) or Converted (c): | 02/17/2006 (f) |
| §341(a) Meeting Date: | 04/25/2006 |
| Claims Bar Date: | 09/05/2006 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Cash | $25.00 | $0.00 | DA | $0.00 | FA |
| 2 | 2002 Chevy Venture | $11,295.00 | $8,895.00 | | $5,200.00 | FA |
| 3 | 2001 Mercury Sable | $6,225.00 | $0.00 | DA | $0.00 | FA |
| 4 | Household Goods | $500.00 | $0.00 | DA | $0.00 | FA |
| 5 | Wearing Appare; | $500.00 | $0.00 | DA | $0.00 | FA |
| 6 | 401K | $13,258.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned                    (u) | Unknown | Unknown | | $15.05 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | $31,803.00 | $8,895.00 | | $5,215.05 | $0.00 |

**Major Activities affecting case closing:**

There is equity in a Venture vehicle.  Have had negotiations with debtor's counsel and have agreed on a figure.  Must hire an attorney and get the settlement approved.

I have received and deposited the funds $5,200.00 for the Venture vehicle.

I have received the funds $5,200.00 for the Venture.  Asked attorney to file motion to approve settlement and appoint Lois West accountant 5.13.08

No taxable event. No taxes needed.

Updated File up to 9/3/08.  Need attorney detail on fees.  No taxes needed.  Debtor has purchased equity in vehicle from estate.

Examine claims, file final report.

File objections and final report.

Examined assets and claims transfers. 6.05.10

Final report set for 8.17.10.

Need zero balance bank statement. 10.05.10

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2                    Exhibit 8

| | |
|---|---|
| Case No.: | 06-01464 |
| Case Name: | PETERS, THOMAS M AND PETERS, CHERYL L |
| For the Period Ending: | 8/31/2011 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Date Filed (f) or Converted (c): | 02/17/2006 (f) |
| §341(a) Meeting Date: | 04/25/2006 |
| Claims Bar Date: | 09/05/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   06/02/2006          Current Projected Date Of Final Report (TFR):   03/30/2010

/s/ HORACE FOX, JR.

HORACE FOX, JR.

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No. | 06-01464 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PETERS, THOMAS M AND PETERS, CHERYL L | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9963 | Checking Acct #: | ******1464 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/17/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/31/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/20/2010 | | Transfer From  Acct#******1464 | | 9999-000 | $5,206.80 | | $5,206.80 |
| 08/20/2010 | 2 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $1,271.46 | $3,935.34 |
| 08/20/2010 | 3 | Bruce de 'Medici | Final   Dividend: 38.41; Amount Allowed: 2,000.00; | 3210-000 | | $2,000.00 | $1,935.34 |
| 08/20/2010 | 4 | Credit First | Final  Claim #: 2; Dividend: 0.60; Amount Allowed: 408.03; | 7100-000 | | $31.54 | $1,903.80 |
| 08/20/2010 | 5 | Kohl's Department Store | Final  Claim #: 3; Dividend: 4.41; Amount Allowed: 2,976.17; | 7100-000 | | $229.96 | $1,673.84 |
| 08/20/2010 | 6 | Recovery Management Systems Corporation | Final  Claim #: 4; Dividend: 3.89; Amount Allowed: 2,622.22; | 7100-000 | | $202.61 | $1,471.23 |
| 08/20/2010 | 7 | Capital Recovery One | Final  Claim #: 5; Dividend: 1.78; Amount Allowed: 1,203.53; | 7100-000 | | $92.99 | $1,378.24 |
| 08/20/2010 | 8 | Capital Recovery One | Final  Claim #: 6; Dividend: 0.90; Amount Allowed: 606.83; | 7100-000 | | $46.89 | $1,331.35 |
| 08/20/2010 | 9 | Charming Shoppes - Fashion Bug | Final  Claim #: 7; Dividend: 1.29; Amount Allowed: 869.61; | 7100-000 | | $67.19 | $1,264.16 |
| 08/20/2010 | 10 | Aspire VISA Gold | Final  Claim #: 8; Dividend: 6.20; Amount Allowed: 4,181.49; | 7100-000 | | $323.09 | $941.07 |
| 08/20/2010 | 11 | JC PENNEY | Final  Claim #: 9; Dividend: 0.26; Amount Allowed: 180.50; | 7100-000 | | $13.95 | $927.12 |
| 08/20/2010 | 12 | GE MONEY BANK | Final  Claim #: 12; Dividend: 6.12; Amount Allowed: 4,130.44; | 7100-000 | | $319.15 | $607.97 |
| 08/20/2010 | 13 | JC PENNEY | Final  Claim #: 14; Dividend: 0.89; Amount Allowed: 606.00; | 7100-000 | | $46.82 | $561.15 |
| 08/20/2010 | 14 | Household Finance Corporation | Final  Claim #: 15; Dividend: 10.77; Amount Allowed: 7,262.42; | 7100-000 | | $561.15 | $0.00 |
| | | | **SUBTOTALS** | | $5,206.80 | $5,206.80 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-01464 | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PETERS, THOMAS M AND PETERS, CHERYL L | | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9963 | | | | Checking Acct #: | ******1464 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | |
| For Period Beginning: | 2/17/2006 | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/31/2011 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $5,206.80 | $5,206.80 | $0.00 |
| | | | Less: Bank transfers/CDs | | $5,206.80 | $0.00 | |
| | | | Subtotal | | $0.00 | $5,206.80 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $5,206.80 | |

| For the period of  2/17/2006 to 8/31/2011 | | For the entire history of the account between 08/20/2010 to 8/31/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,206.80 | Total Internal/Transfer Receipts: | $5,206.80 |
| | | | |
| Total Compensable Disbursements: | $5,206.80 | Total Compensable Disbursements: | $5,206.80 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,206.80 | Total Comp/Non Comp Disbursements: | $5,206.80 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-01464 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | PETERS, THOMAS M AND PETERS, CHERYL L | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9963 | | Money Market Acct #: | ******1464 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/17/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/31/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/18/2008 | (2) | Vincent C. Machroli & Associates. PC | 2002 Chevrolet | 1129-000 | $5,200.00 | | $5,200.00 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.46 | | $5,200.46 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.77 | | $5,202.23 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.71 | | $5,203.94 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.64 | | $5,205.58 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.33 | | $5,206.91 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.28 | | $5,208.19 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.01 | | $5,209.20 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.67 | | $5,209.87 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.56 | | $5,210.43 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.44 | | $5,210.87 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.40 | | $5,211.27 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.34 | | $5,211.61 |
| 04/02/2009 | 1 | International Sureties, LTD. | Bond Payment | 2300-000 | | $3.78 | $5,207.83 |
| 04/02/2009 | 1 | VOID: International Sureties, LTD. | | 2300-003 | | ($3.78) | $5,211.61 |
| 04/02/2009 | 2 | International Sureties, LTD. | Bond Payment | 2300-000 | | $3.78 | $5,207.83 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.21 | | $5,208.04 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.22 | | $5,208.26 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.21 | | $5,208.47 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.22 | | $5,208.69 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.22 | | $5,208.91 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.21 | | $5,209.12 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.22 | | $5,209.34 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.21 | | $5,209.55 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.22 | | $5,209.77 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.22 | | $5,209.99 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.20 | | $5,210.19 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.22 | | $5,210.41 |
| | | | **SUBTOTALS** | | $5,214.19 | $3.78 | |

Case 06-01464    Doc 66    Filed 09/02/11    Entered 09/02/11 16:06:13    Desc Main    Page No:  4        Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 06-01464 | | | Trustee Name: | | Horace Fox, Jr. |
|---|---|---|---|---|---|---|
| Case Name: | PETERS, THOMAS M AND PETERS, CHERYL L | | | Bank Name: | | STERLING BANK |
| Primary Taxpayer ID #: | ******9963 | | | Money Market Acct #: | | ******1464 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 2/17/2006 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 8/31/2011 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/28/2010 | 3 | International Sureties, LTD. | Bond Payment | 2300-000 | | $4.47 | $5,205.94 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.21 | | $5,206.15 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.22 | | $5,206.37 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.21 | | $5,206.58 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.22 | | $5,206.80 |
| 08/20/2010 | | Transfer To Acct#******1464 | | 9999-000 | | $5,206.80 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | TOTALS: | | | $5,215.05 | $5,215.05 | $0.00 |
| | | Less: Bank transfers/CDs | | | $0.00 | $5,206.80 | |
| | | Subtotal | | | $5,215.05 | $8.25 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $5,215.05 | $8.25 | |

| For the period of  2/17/2006 to 8/31/2011 | | For the entire history of the account between 04/18/2008 to 8/31/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,215.05 | Total Compensable Receipts: | $5,215.05 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,215.05 | Total Comp/Non Comp Receipts: | $5,215.05 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8.25 | Total Compensable Disbursements: | $8.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8.25 | Total Comp/Non Comp Disbursements: | $8.25 |
| Total Internal/Transfer Disbursements: | $5,206.80 | Total Internal/Transfer Disbursements: | $5,206.80 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|
| Case No. | 06-01464 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PETERS, THOMAS M AND PETERS, CHERYL L | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9963 | Money Market Acct #: | ******1464 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/17/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/31/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $5,215.05 | $5,215.05 | $0.00 |

**For the period of 2/17/2006 to 8/31/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5,215.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,215.05 |
| Total Internal/Transfer Receipts: | $5,206.80 |
| | |
| Total Compensable Disbursements: | $5,215.05 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,215.05 |
| Total Internal/Transfer Disbursements: | $5,206.80 |

**For the entire history of the case between 02/17/2006 to 8/31/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5,215.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,215.05 |
| Total Internal/Transfer Receipts: | $5,206.80 |
| | |
| Total Compensable Disbursements: | $5,215.05 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,215.05 |
| Total Internal/Transfer Disbursements: | $5,206.80 |